(No. 719—Claimant awarded $28,041.34.)

AMERICAN BRAKE SHOE AND FOUNDRY COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*refund for overpayment may be awarded.* Where there is an overpayment, under protest, of a franchise tax and initial fees by a corporation, the court may on grounds of social justice and equity enter an award in favor of claimant for the overpayment. (*Isco Co.* v. *State*, 4, C. C. Rep. 171.)

WHITMAN & MILLER, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This case comes before the court on declaration filed by claimant, in which it alleges that in the year 1920 it paid to the State of Illinois the sum of $6302.75, under protest, for franchise tax claimed to be due from it by the State of Illinois on 400,000 no par value shares of common stock; that said sum was unlawfully collected from claimant by the Secretary of State of the State of Illinois; overpayment of franchise tax for the year ending June 30, 1921, $6324.91; overpayment of franchise tax for year ending June 30, 1922, $7438.88; overpayment of initial fee for 1921, $1136.13; overpayment of franchise tax for the year ending June 30, 1923, $6,838.67; making a total overpayment of initial fees and franchise taxes made by claimant to the Secretary of State of Illinois, under protest and duress, of $28,041.34.

The demurrer filed by the Attorney General of the State of Illinois is sustained, as a matter of law.

On the grounds of social justice and equity, we award claimant the sum of $28,041.34.